NO. 07-02-0518-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JANUARY 22, 2003

______________________________

SAMUEL JACKSON, APPELLANT

V.

WANDA FAYE COFFER, APPELLEE

_________________________________

FROM THE 316TH DISTRICT COURT OF HUTCHINSON COUNTY;

NO. 32,156; HONORABLE JOHN LAGRONE, JUDGE

_______________________________

Before QUINN and REAVIS, JJ. and BOYD, S.J.
(footnote: -6)
MEMORANDUM OPINION
(footnote: 1)
 By letter dated January 8, 2003, this Court directed appellant, proceeding 
pro se
, to clarify his notice of appeal and file the proper documents as required by the Texas Rules of Appellate Procedure within ten days, noting that failure to do so might result in dismissal.  Appellant did not respond and thus, we dismiss this proceeding for failure to comply with an order of this Court.  
See
 Tex. R. App. P. 42.3(c).

Accordingly, this proceeding is dismissed.

Don H. Reavis

    Justice

FOOTNOTES
-6:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

1:
Tex. R. App. P. 47.4.